IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WALES CRUZ-HUMBERTO, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-01936-DAE |
| | § | |
| WARDEN, et al., | § | |
| | § | |
| *Respondent*. | § | |
| | § | |

ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Petitioner Wales Cruz-Humberto's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), and Federal Respondents' Response (Dkt. # 5). The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **within fourteen days of receipt of this Order,** Petitioner shall file supplemental briefing with answers to the following questions:

1. When was Petitioner's most recent date of entry into the United States?

2. Does Petitioner have any criminal convictions? If so, please provide additional information.

3. Please describe further the connections has Petitioner established with the United States, if any, and the ways in which Petitioner has engaged with his community here. Petitioner need not provide any

identifying details, such as the names or addresses of residences or places of employment, but may instead write generally about his connections to his community.

The Clerk is **INSTRUCTED** to transmit a copy of this Order via certified mail, return receipt requested, to Petitioner at the T. Don Hutto Detention Center.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, July 21, 2026.

David Alan Ezra
Senior United States District Judge